IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-013 |
| | ) | |
| MICHAEL C. BUCHANAN, JR. | ) | |

## O R D E R

Now before the court is the United States' motion for sentence reduction under Rule 35 of the Federal Rules of Criminal Procedure [doc. 31]. The government recommends reduction to a term of 84 months. The defendant has responded to the motion [doc. 29], agreeing with the government's proposed disposition. The court has carefully considered the United States' motion and the defendant's response. The motion is well-taken, and the recommended sentence will be adopted by the court.

It is hereby **ORDERED** that the pending motion [doc. 31] is **GRANTED**. The defendant's sentence is reduced to **84 months**. If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence. This order shall take effect ten days from its entry in order to give the Bureau of Prisons time to process the defendant's release. Except as provided above, all provisions of the judgment dated November 29, 2007, shall remain in effect.

ENTER:

         s/ Leon Jordan
        United States District Judge